THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney                    **JS-6**
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2569
    Facsimile:  (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 08-4880 JFW(PLAx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT JUDGMENT OF** |
| | ) | **FORFEITURE** |
| $72,422.00 IN U.S. CURRENCY | ) | |
| AND $7,527.57 IN BANK FUNDS | ) | |
| SEIZED FROM THREE BANK OF | ) | |
| AMERICA ACCOUNTS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ERIKA READDY, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

On or about July 24, 2008, plaintiff United States of America ("the United States of

America") filed a Complaint for Forfeiture alleging that the defendants $72,422.00 in U.S. Currency

and $7,527.57 in bank funds (collectively, the "defendants") are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984 and 21 U.S.C. § 881(a)(6).

On or about October 8, 2008, Claimant Erika Readdy ("claimant") filed a verified claim to $34,000.00 of the defendant $72,422.00 in U.S. Currency and $1,987.11 of the defendant $7,257.00 in bank funds. Claimant filed an answer to the complaint on or about October 21, 2008. No other parties have appeared in this case, and the time for filing claims and answers has expired.

The parties have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984 and 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimant. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The sum of $7,000.00 only (without interest) shall be returned to claimant. The United States of America shall use its best efforts to ensure that the $7,000.00 (without interest) is returned to claimant within thirty (30) days of the filing of this consent judgment of forfeiture. The remainder of the defendants, plus the interest earned by the United States of America on the defendants in their entirety, shall be condemned and forfeited to the United States of America. The United States Marshal Service is ordered to dispose of in accordance with law the property being hereby condemned and forfeited to the United States of America.

5. The funds to be returned to claimant pursuant to paragraph 4 shall be forwarded by check payable to "Victor Sherman & Janet Sherman, A Professional Law Corporation, Attorney-Client Trust Account," and shall be mailed to Janet Sherman, Esq., Victor Sherman & Janet

1   Sherman, A Professional Law Corporation, 2115 Main Street, Santa Monica, California 90405.

2       6.      Except as to such rights and obligations created by this consent judgment of

3   forfeiture, claimant hereby releases the United States of America, its agencies, agents, officers,

4   employees and representatives, including, without limitation, all agents, officers, employees and

5   representatives of the Federal Bureau of Investigation and the Department of Justice and their

6   respective agencies, as well as all agents, officers, employees and representatives of any state or

7   local governmental or law enforcement agency involved in the investigation or prosecution of this

8   matter, from any and all claims, actions, or liabilities arising out of or related to this action,

9   including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted

10  by or on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

11      7.      The Court finds that there was reasonable cause for the seizure of the defendants and

12  institution of these proceedings.  This judgment shall be construed as a certificate of reasonable

13  cause pursuant to 28 U.S.C. § 2465.

14      8.      The Court further finds that claimant did not substantially prevail in this action, and

15  each of the parties hereto shall bear its own attorney fees and costs.

16      9.      The Court retains jurisdiction over this case and the parties hereto to enforce the

17  terms of this consent judgment of forfeiture.

18      DATED: December 8, 2008

19

20

21      THE HONORABLE JOHN F. WALTER
        UNITED STATES DISTRICT JUDGE

22  **cc: Fiscal, USM**

23

24

25

26

27

28

3